# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY QUICK

PLAINTIFF(S)

v.

ROBERT GUILLEN , et al.

DEFENDANT(S).

CASE NUMBER:

2:18–cv–00379

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____        _____        _____

Date Filed          Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 17, 2018          By: _/s/ *Estrella Tamayo*_
                                         Deputy Clerk