**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY QUICK, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN BERNARDINO, ROBERT GUILLEN, an individual, DAVE PHELPS, an individual and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:18-cv-00105-JVS (SPx)<br><br>**JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>(*Concurrently filed with Notice of Motion; Memorandum of Points and Authorities; Declarations of Dave Phelps, Horace Boatwright, Robert Guillen and Silvia Zayas; Declaration of Paloma P. Peracchio with Exhibits; and Request for Judicial Notice*)<br><br>**Date:** February 25, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom: 10C**<br><br>**Trial Date: April 16, 2019**<br>*Assigned Judge: Hon. James V. Selna* |

Defendants COUNTY OF SAN BERNARDINO, ROBERT GUILLEN, and DAVE PHELPS' ("Defendants") Motion for Summary Judgment, or in the alternative partial summary judgment, came on for hearing before the Honorable James V. Selna.

- 1 -

5:18-CV-00105-JVS (SPX)
JUDGMENT

The Court, having read and duly considered the moving, opposing, and reply documents, and having duly considered all evidence and argument presented in connection therewith, enters the following order on Defendants' motion as follows:

(1) Plaintiff's claim for First Amendment retaliation is barred by the doctrines of res judicata and collateral estoppel insofar as it is based on his failure to be promoted in 2015 and 2016, because a final judgment has already been entered on this claim in state court.

(2) Defendant COUNTY OF SAN BERNARDINO is entitled to summary judgment on Plaintiff's first cause of action for First Amendment retaliation because Plaintiff fails to establish he was injured by the decision of a final policymaker.

(3) Defendants DAVE PHELPS and ROBERT GUILLEN are entitled to summary judgment on Plaintiff's first cause of action for First Amendment retaliation because Plaintiff has not demonstrated any affirmative action on their part that is linked to a violation of his First Amendment rights.

(4) Defendants are entitled to qualified immunity.

IT IS SO ORDERED.

Dated: March 06, 2019

_____
Honorable James V. Selna
United States District Judge